# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **CARMEN A. VERGES,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16CV00005 |
| ) | |
| v. ) | **ORDER CLOSING CASE** |
| ) | |
| **VIRGINIA HIGHLANDS COMMUNITY,** ) | By: James P. Jones |
| **COLLEGE, et al.** ) | United States District Judge |
| Defendants. ) | |

The court having been advised that a settlement has been reached, the case is hereby administratively closed. The court retains jurisdiction for sixty (60) days. If desired, the parties may hereafter within such time submit an agreed stipulation, final order or judgment. If no such agreed stipulation, final order or judgment is timely submitted, and if no party files a motion to reopen the case or to enforce the terms of the settlement within such time, this action shall, without further order, stand dismissed with prejudice.

It is so **ORDERED**.

ENTER: August 19, 2016

/s/ James P. Jones
United States District Judge